**Order entered January 4, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01284-CV

### IN THE INTEREST OF N.T.A., A CHILD

**On Appeal from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-11-00657-Z**

## ORDER

Before the Court is the State's January 2, 2013 unopposed motion to extend time to file its brief. We **GRANT** the State's motion. The State's brief shall be filed on or before February 2, 2013.

/s/     DAVID LEWIS
           JUSTICE